# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156189

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TRAVIS TRAVON SAMMONS,
      Defendant-Appellant.

SC: 156189
COA: 332190
Saginaw CC: 15-041848-FC

_____/

On order of the Court, the application for leave to appeal the July 6, 2017 judgment of the Court of Appeals is considered. We DIRECT the Saginaw County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2018



Clerk

a0328